ALESA SCHACHTER (SBN 102542)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants
FEATHER RIVER COMMUNITY COLLEGE DISTRICT (sued erroneously as FEATHER RIVER COLLEGE), JAMES JOHNSON AND MERLE TRUEBLOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SMALL,<br><br>    Plaintiff,<br><br>v.<br><br>FEATHER RIVER COLLEGE, MERLE TRUEBLOOD and JAMES JOHNSON,<br><br>    Defendants. | CASE NO. 2:10-cv-03026 JAM GGH<br><br>**STIPULATION AND ORDER TO ATTEND EARLY SETTLEMENT CONFERENCE AND WAIVE OBJECTIONS TO MAGISTRATE JUDGE HEARING DISCOVERY DISPUTES** |

Defendants FEATHER RIVER COMMUNITY COLLEGE DISTRICT, MERLE TRUEBLOOD, and JAMES JOHNSON by and through their counsel of record, and Plaintiff ERIC SMALL by and through his counsel of record, hereby stipulate that, with the permission of this Court, that the parties attend an Early Settlement Conference before the Honorable Magistrate Judge Gregory G. Hollows to take place on **May 29, 2012 at 9:00 a.m.** The agreed date for the Early Settlement Conference with Judge Hollows is available and a full day is presently being held by the clerk of the Court pending the approval of the Honorable Judge of the District Court, John A. Mendez.

WHEREAS, the parties agree that they have undergone sufficient discovery to conduct

1

**STIPULATION AND ORDER TO ATTEND EARLY SETTLEMENT CONFERENCE AND WAIVE OBJECTIONS TO MAGISTRATE JUDGE HEARING DISCOVERY DISPUTES**            Case No.: 2:10-cv-03026-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

meaningful settlement discussions at this time and avoid unnecessary litigation expenses.

WHEREAS, the parties further stipulate that they have waived any objections to Magistrate Judge Gregory G. Hollows hearing any and all discovery motions filed by the parties in the above-entitled matter based on his acting as the Early Settlement Conference Judge in this matter.

**IT IS SO STIPULATED.**

Dated: March 29, 2012     JOHNSON SCHACHTER & LEWIS
                          A Professional Law Corporation


                          /s/ Jennifer L. Hippo
                          JENNIFER L. HIPPO, Attorneys for Defendants
                          FEATHER RIVER COMMUNITY COLLEGE
                          DISTRICT, MERLE TRUEBLOOD, and JAMES
                          JOHNSON


Dated: March 29, 2012     LAW OFFICE OF DIANE K. VAILLANCOURT


                          /s/ Diane K. Vaillancourt (as authorized on 3/29/12)
                          DIANE K. VAILLANCOURT, Attorneys for
                          Plaintiff, ERIC SMALL

**IT IS SO ORDERED.**

Dated: 3/30/2012          /s/ John A. Mendez
                          Honorable John A. Mendez
                          Judge of the United States Eastern
                          District of California

2

**STIPULATION TO ATTEND EARLY SETTLEMENT CONFERENCE
AND WAIVE OBJECTIONS TO MAGISTRATE JUDGE HEARING
DISCOVERY DISPUTES**                                Case No.: 2:10-cv-03026-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

# PROOF OF SERVICE

**CASE NAME:** SMALL v. FEATHER RIVER COLLEGE, et al.
**CASE NO.:** 2:10-cv-03026-JAM-GGH

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **STIPULATION AND ORDER TO ATTEND EARLY SETTLEMENT CONFERENCE AND WAIVE OBJECTIONS TO MAGISTRATE JUDGE HEARING DISCOVERY DISPUTES**

__  United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__  By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

X  ELECTRONIC SERVICE - by causing such document to be served electronically to the addressees listed below.

__  Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__  Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

| | |
|---|---|
| Terri Keyser-Cooper, Esq.<br>Law Office of Terri Keyser-Cooper<br>3300 Skyline Blvd., No. 274<br>Reno, NV 89509<br>keysercooper@yahoo.com<br>(775) 337-0323<br>*Attorneys for Plaintiff* | Diane K. Vaillancourt, Esq.<br>Law Office of Diane K. Vaillancourt<br>849 Almar Avenue, #C403<br>Santa Cruz, CA 95060<br>Vaillancourt@cruzio.com<br>(831) 458-3440<br>*Attorneys for Plaintiff* |

X  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 29, 2012, at Sacramento, California.

                    /s/ Susan M. Aldridge
                    SUSAN M. ALDRIDGE

**STIPULATION TO ATTEND EARLY SETTLEMENT CONFERENCE AND WAIVE OBJECTIONS TO MAGISTRATE JUDGE HEARING DISCOVERY DISPUTES**                                   Case No.: 2:10-cv-03026-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com