ALESA SCHACHTER (SBN 102542)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants
FEATHER RIVER COMMUNITY COLLEGE DISTRICT (sued erroneously as FEATHER RIVER COLLEGE), JAMES JOHNSON AND MERLE TRUEBLOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SMALL,<br><br>           Plaintiff,<br><br>v.<br><br>FEATHER RIVER COLLEGE, MERLE TRUEBLOOD and JAMES JOHNSON,<br><br>           Defendants. | CASE NO. 2:10-cv-03026 JAM GGH<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL DEADLINES** |

Plaintiff ERIC SMALL and Defendants FEATHER RIVER COMMUNITY COLLEGE DISTRICT, MERLE TRUEBLOOD and JAMES JOHNSON (hereinafter "Defendants") submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES ("Motion"):

By this motion, Plaintiff and Defendants seek to modify the pre-trial scheduling order to extend the period for expert and non-expert discovery and all other pre-trial deadlines in this matter, originally set by the Court's January 19, 2011 Order. The Parties stipulated to participate in an early settlement conference before Magistrate Judge Gregory G. Hollows to take place by order of this Court on May 29, 2012. See Document 31, March 30, 2012. The discovery cut-off

1

STIPULATED MOTION AND ORDER FOR EXTENSION     Case No.: 2:10-cv-03026-JAM-GGH
OF PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

is presently set for July 11, 2012.  Expert witness disclosures are presently due May 4, 2012 and supplemental disclosures and disclosure of any rebuttal experts are due May 18, 2012, less than two weeks before the early settlement conference date.  See Document 18, January 29, 2011.

For good cause, in order to save costs as well as judicial time and resources, the Parties jointly request that the above scheduled discovery cut-off dates be vacated and extended in order to allow them to prepare for the early settlement conference on May 29, 2012.  Based on their discussions to date, the Parties have reason to believe that the early settlement conference will be productive and have high hopes of resolving the matter.  To reach this point, the Parties have engaged in extensive discovery in good faith, including the taking of nine (9) depositions and extensive written discovery including exchanging thousands of pages of documents.  The Parties wish to avoid further prohibitive costs of retaining experts and engaging in further extensive discovery until after the settlement conference.

Should the settlement conference be unsuccessful, based on the information gathered to date during discovery, the Parties anticipate the need to engage in further extensive discovery in order to prepare this matter for trial.  Such discovery includes the taking of several depositions in numerous out-of-state forums including New York, South Carolina, North Carolina, Indiana, and Nevada where many witnesses work and reside, Plaintiff's taking of the deposition of defendant J.D. Johnson, and additional written discovery.  Defendants further anticipate the need to file a motion requesting the Court order Plaintiff to undergo an Independent Medical Examination based on Plaintiff's claims of severe mental and emotional distress, and Plaintiff will object.  If the discovery dates are not extended, Defendants will be forced to incur the expense of the Independent Medical Examination and the Parties will necessarily engage in discovery disputes that have been placed on hold pending the settlement discussions.  The additional discovery and motions will not be necessary if this matter settles on May 29, 2012.

Federal Rule of Civil Procedure 16(b) provides that a pre-trial scheduling order may be modified, "upon a showing of good cause."  The Court may modify a pre-trial scheduling order if "it cannot reasonably be met despite the diligence of the party seeking the extension." (*Johnson v. Mommoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992).)  The "good cause"

PDF created with pdfFactory trial version www.pdffactory.com

1  inquiry focuses primarily on the "diligence of the party seeking the amendment." (*Id.*)

2  Here, all Parties have diligently participated in discovery, but are unable to meet the
3  scheduling deadline due to the complex nature of this case and sheer number of witnesses who
4  must necessarily be deposed and who are located outside of California.  Further, Plaintiff's
5  counsel, Terri Keyser-Cooper, Esq., is unavailable throughout the month of April 2012 to
6  participate in discovery as she is out of the country, and Plaintiff's other counsel Diane
7  Vaillancourt has had her time taken up with family medical matters.  The difficulty of scheduling
8  these depositions and the prohibitive cost of attending them as well as the need to designate and
9  retain experts prior to the early settlement conference will also be avoided if the Parties agree to
10 a settlement of this matter on May 29, 2012 at the early settlement conference.

11 The Parties stipulate to the following proposed pre-trial dates and trial date:

12 Discovery Closes:                September 7, 2012
13 Expert Disclosure:               September 14, 2012
14 Supplemental Expert Disclosure:  September 28, 2012
15 Expert Discovery Cutoff:         October 19, 2012

16 The Final Pre-Trial Conference date (October 26, 2012 at 10:00 a.m.); the date for filing
17 the Joint Pre-Trial Statement (no later than seven days prior to the final pre-trial conference); and
18 the date set for the Jury Trial will remain unchanged (December 3, 2012 at 9:00 a.m.).  The
19 Parties do not anticipate the filing of any dispositive motions.  Accordingly, the date for the
20 filing of dispositive motions may be vacated.

21 The Parties stipulate only to continue the aforementioned deadlines, leaving the
22 remainder of the original January 19, 2011 Order intact.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED MOTION AND ORDER FOR EXTENSION                  Case No.: 2:10-cv-03026-JAM-GGH
OF PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-2230(h).

**IT IS SO STIPULATED.**

Dated: April 16, 2012              THE LAW OFFICE OF DIANE K. VAILLANCOURT


                                   By: /s/ Diane K. Vaillancourt (as authorized on 4/16/12)
                                       DIANE K. VAILLANCOURT
                                       Attorneys for Plaintiff ERIC SMALL


Dated: April 16, 2012              JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation


                                   By:  /s/ Jennifer L. Hippo
                                       JENNIFER L. HIPPO
                                       Attorneys for Defendants FEATHER RIVER
                                       COMMUNITY COLLEGE DISTRICT, MERLE
                                       TRUEBLOOD, and JAMES JOHNSON


**IT IS SO ORDERED.**

Dated:   April 16, 2012

                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION          Case No.: 2:10-cv-03026-JAM-GGH
OF PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**CASE NAME:** SMALL v. FEATHER RIVER COLLEGE, et al.
**CASE NO.:** 2:10-cv-03026-JAM-GGH

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL DEADLINES**

__  United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__  By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

X   ELECTRONIC SERVICE - by causing such document to be served electronically to the addressees listed below.

__  Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__  Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Terri Keyser-Cooper, Esq.
Law Office of Terri Keyser-Cooper
3590 Barrymore Drive
Reno, NV  89512
keysercooper@yahoo.com
(775) 337-0323
*Attorneys for Plaintiff*

Diane K. Vaillancourt, Esq.
Law Office of Diane K. Vaillancourt
849 Almar Avenue, #C403
Santa Cruz, CA  95060
Vaillancourt@cruzio.com
(831) 458-3440
*Attorneys for Plaintiff*

X   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2012 at Sacramento, California.

/s/ Susan M. Aldridge
SUSAN M. ALDRIDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247