IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC SMALL,

                  Plaintiff,                No.  2:10-cv-03026 JAM GGH

       vs.

FEATHER RIVER COLLEGE, et al.

                  Defendants.              ORDER

_____/

        On May 29, 2012, the parties met in settlement conference.  Subject to final approval by the Feather River College Board, and the Insurer settlement authority entity for Feather River College, settlement was reached and placed on the record.  The above entities were given until July 9, 2012 to communicate a final acceptance or rejection of the settlement. Communication to the court of the decision of the above entities shall be made to the court no later than July 10, 2012.

DATED: June 8, 2012

                     /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

1