1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC SMALL,
                    Plaintiff,              No.  2:10-cv-03026 JAM GGH
11
            vs.
12

13   FEATHER RIVER COLLEGE, et al.
                                            ORDER
14              Defendants.

15   _____/

16          On May 29, 2012, the parties met in settlement conference.  Subject to final

17   approval by the Feather River College Board, and the Insurer settlement authority entity for

18   Feather River College, settlement was reached and placed on the record.  The above entities were

19   given until July 9, 2012 to communicate a final acceptance or rejection of the settlement.

20   Communication to the court of the decision of the above entities shall be made to the court no

21   later than July 10, 2012.

22   DATED: June 8, 2012

23                                   /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE
24

25

26

                                          1